# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>VICTIM COMPENSATION AND<br>GOVERNMENT CLAIMS BOARD,<br>AND DONNA CORBIN,<br><br>　　　　Respondents. | 1:07-CV-0510-LJO-WMW-HC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of mandate pursuant to 28 U.S.C. § 1651.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:    April 20, 2007**　　　　　　　　　　**/s/  William M. Wunderlich**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE