UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>             Petitioner,<br><br>   v.<br><br>VICTIM COMPENSATION AND GOVERNMENT CLAIMS BOARD AND DONNA CORBIN,<br><br>             Respondents.<br>_____/ | 1: 07 CV 00510 LJO  WMW HC<br><br>ORDER REDESIGNATING CASE AS REGULAR CIVIL ACTION |

    Petitioner is a prisoner proceeding with a petition for writ of mandate pursuant to 28 U.S.C. Section 1651. In this action, Petitioner seeks an order compelling Respondents to "to turn over accurate records of legal instruments." Although this case was originally docketed as a habeas corpus petition, this was done in error, as this action does not challenge a conviction. Accordingly, the Clerk of the Court is HEREBY DIRECTED to redesignate this action as a regular civil case, removing the "HC" identifier from the caption. IT IS SO ORDERED.

**Dated:   May 22, 2007**                             **/s/  William M. Wunderlich**
                                                                          UNITED STATES MAGISTRATE JUDGE