UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>VICTIM COMPENSATION AND GOVERNMENT CLAIMS BOARD AND DONNA CORBIN,<br><br>　　　　　Respondents.　　　　　　／ | 1: 07 CV 00510 LJO  WMW<br><br>ORDER REQUIRING RESPONDENT TO FILE RESPONSIVE PLEADING<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS |

　　　Petitioner is a prisoner proceeding with a petition for relief pursuant to 28 U.S.C. Section 1651, the "All Writs Act."  The Court has conducted a preliminary review of the Petition. Accordingly, pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Court HEREBY ORDERS:

　　　1.　　Respondent SHALL SUBMIT a RESPONSIVE pleading by filing the following:

　　　　　A.　　AN ANSWER addressing the merits of the Petition and due within **NINETY (90)** days of the *date of service* of this order.  Rule 4, Rules Governing Section 2254 Cases; Cluchette v. Rushen, 770 F.2d 1469, 1473-1474 (9th Cir. 1985)

(court has discretion to fix time for filing an Answer.).

- Respondent SHALL INCLUDE with the Answer any and all transcripts or other documents necessary for the resolution of the issues presented in the Petition.
- Petitioner's TRAVERSE, if any, is due **THIRTY (30)** days from the date Respondent's Answer is filed with the Court.

Unless already submitted, both Respondent and Petitioner SHALL COMPLETE and RETURN to the Court along with the Response, a Consent form indicating whether the party consents or declines to consent to the jurisdiction of a the United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(c)(1).

- RESPONDENT SHALL submit a Notice of Appearance as attorney of record within **SIXTY (60)** days of the date of service of this order for purposes of service of court orders.  See, Local Rule 83-182(a), 5-135(c).
- The Clerk of the Court is DIRECTED to SERVE a copy of this order along with a PDF-form copy of the PETITION and any exhibits/attachments, on the Attorney General or his representative.

All motions shall be submitted on the record and briefs filed without oral argument unless otherwise ordered by the Court.  Local Rule 78-230(h).  All provisions of Local Rule 11-110 are applicable to this order.

IT IS SO ORDERED.

Dated:   **June 4, 2007**               /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE