IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. SMITH, | | |
| | Petitioner, | CV F 07 0510 LJO WMW P |
| vs. | | ORDER RE MOTIONS (DOC 5, 8) |
| DONNA CORBIN, | | |
| | Respondent. | |

   Petitioner has filed a motion requesting a jury trial and a motion for a scheduling order. Respondent has been directed to file an response to the petition, which is pending before the Court.  Until such time as the petition for writ of habeas corpus has been resolve, any request for scheduling order or request for jury trial is premature.

   Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a scheduling order and motion for jury trial are denied.

IT IS SO ORDERED.

**Dated:   January 22, 2008**              /s/  William M. Wunderlich
                              UNITED STATES MAGISTRATE JUDGE

1