**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES E. SMITH,<br><br>        Plaintiff,<br><br>    vs.<br><br>VICTIM COMPENSATION AND<br>GOVERNMENT CLAIMS BOARD, et al,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 07-0510 LJO WMW<br><br>**ORDER ON PLAINTIFF'S MOTIONS FOR INJUNCTIVE AND DECLARATORY RELIEF AND OTHER MATTERS**<br>(Docs. 20, 21.) |

       Plaintiff James E. Smith ("Mr. Smith") is California prisoner incarcerated in Kern Valley State Prison. On March 30, 2007, Mr. Smith filed his petition to complain of intercepted mail and illegal search and seizure of his property and to seek immediate return of his property. Since filing his petition, plaintiff has filed motions (Documents 20 and 21) for injunctive and declaratory relief for his "immediate release from false imprisonment" and "illegal confinement on grounds of jurisdiction."

       Mr. Smith fails to demonstrate he is entitled to relief sought by his motions. The requested relief is indecipherable, is beyond the scope of his operative petition and/or is something which this Court is not empowered to provide. "[T]o give fair consideration to those who call upon us for justice, we must insist that parties not clog the system by presenting us with a slubby mass of words rather than a true brief." *N/S Corp. v. Liberty Mut. Ins. Co.*, 127 F.3d 1145, 1147 (9th Cir. 1997). Since Mr. Smith seeks improper relief in a slubby mass of words, this Court DENIES his motions for injunctive and declaratory relief.

       IT IS SO ORDERED.

**Dated:   March 21, 2008**                      **/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE