IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | |
|     Petitioner, | CV F 07 0510 LJO WMW PC |
| vs. | ORDER RE: FINDINGS & RECOMMENDATIONS (#23) |
| VICTIMS COMPENSATION AND GOVERNMENT CLAIMS BOARD, DONNA CORBIN, | |
|     Respondents. | |

      Petitioner is a state prisoner proceeding pro se in a petition pursuant to the All Writs Act, 28 U.S.C. § 1651(a).  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On April 24, 2008, findings and recommendations were entered, recommending denial of the petition.  Petitioner was provided an opportunity to file objections within thirty days.   Petitioner has not filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 24, 2008, are adopted in full; and

2. The petition is denied. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:     May 29, 2008**                                              /s/ Lawrence J. O'Neill
                                                                                    UNITED STATES DISTRICT JUDGE